# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARD WÜSTHOF DREIZACKWERK KG, a German corporation,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW SCOTT KRIEGSFELD *d/b/a* directsalesmk, M Kay or Matt Kay,<br><br>Defendant. | Case No. 3:19-cv-00972-BEN-NLS<br><br>**STIPULATED CONSENT JUDGMENT, FINAL ORDER, AND PERMANENT INJUNCTION** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff EDUARD WÜSTHOF DREIZACKWERK KG ("Wüsthof") and Defendant MATTHEW SCOTT KRIEGSFELD *d/b/a* directsalesmk, M Kay or Matt Kay (collectively, "Kriegsfeld") that a permanent injunction be entered in the present action as set forth below. This Consent Judgment, Final Order, and Permanent Injunction is entered into with reference to the following agreed Recitals:

## RECITALS

**WHEREAS**, Wüsthof and Kriegsfeld (the "Parties") agree that execution by themselves or by their respective counsel is sufficient to bind them and that the Parties themselves understand the terms of this stipulation and agree to its terms;

**WHEREAS**, the Parties agree that the Court may enter this judgment without a hearing and without further notice to the parties; and

**NOW, THEREFORE**, in the interest of resolving this matter the Parties hereby stipulate, agree, and request that the Court enter judgment as follows:

## CONSENT JUDGMENT, FINAL ORDER AND STIPULATED PERMANENT INJUNCTION

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

1. This court has jurisdiction over the subject matter of this action.

2. This court has personal jurisdiction over the Parties, and venue is proper in this district.

3. Wüsthof and Kriegsfeld admit those allegations of the Complaint [ECF No. 001] necessary for the Court to now enter judgment in favor of Wüsthof and against Kriegsfeld on all counts set forth in the Complaint, and to enter and enforce this Consent Judgment, Final Order, and Permanent Injunction.

4. Wüsthof is the owner of U.S. Trademark Registration Nos. 0716421, 0638387 and 3324286, as well as additional related U.S. and foreign marks ("Wüsthof Marks") covering cutlery, utensils and related products.

5. Kriegsfeld, individually, and any other persons or entities in active concert and participation with Kriegsfeld, are hereby permanently enjoined and restrained from:

    a.    Manufacturing, selling, offering for sale, distributing, promoting, advertising, or otherwise dealing in any cutlery or related products or services that bear any of the Wüsthof Marks, including the following:



   b. Infringing, counterfeiting, diluting, and/or making any use of the Wüsthof Marks and any colorable imitations to advertise, promote, display, or sell cutlery or any related products or services ("Accused Products");

   c. Representing or suggesting to any third party that the Accused Products are affiliated with, sponsored by, licensed by, or otherwise associated with Wüsthof and/or the Wüsthof Marks; and

   d. Otherwise unfairly competing with Wüsthof.

  6. Judgment is entered in favor of Wüsthof and against Kriegsfeld on Counts I, II, III and IV of the Complaint [ECF No. 001].

  7. This Stipulation for Consent Judgment, Final Order and Permanent Injunction is binding upon and *res judicata* between Wüsthof and Kriegsfeld.

  8. Each party shall bear its own attorneys fees, costs, and expenses associated with this action.

  9. Jurisdiction of this cause of action and over Wüsthof and Kriegsfeld is retained by the Court for the purpose of enabling the parties to apply to the Court at any time, upon reasonable notice, for such orders that may become necessary for the enforcement of a confidential Settlement Agreement or this Judgment, including, without limitation, orders related to contempt proceedings.

**IT IS SO ORDERED AND DECREED, AND FINAL JUDGMENT IS HEREBY ENTERED.**

Dated: August 5, 2019

                Hon. Roger T. Benitez
                United States District Court Judge